FILED

01/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0303

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0303

_____

ROBERT MATTHEW WITTAL,

     Petitioner and Appellant,

  v.                                            O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Counsel for Appellant Robert Matthew Wittal has filed a sixth motion for extension to of time to file his opening brief. The Court notes that the brief was due January 8, 2023. Pursuant to the motion for extension,

IT IS HEREBY ORDERED that Appellant has until February 7, 2023, to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2023